IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-CV-94-BR

TRESSA METCALF,
    Plaintiff/Counter Defendant,

v.

REID METCALF,
    Defendant/Counter Claimant.

ORDER

This matter is before the court on the 9 May 2018 memorandum and recommendation ("M&R") of U.S. Magistrate Judge Robert B. Jones, Jr. (DE # 21.) Defendant filed an untimely response to the M&R stating that he agrees plaintiff's claims should be dismissed. (DE # 22.) Defendant in his capacity as the counter-claimant has not filed an objection or other response to the M&R. The court adopts the M&R as its own, and for the reasons stated therein, this case is DISMISSED. The Clerk is DIRECTED to enter judgment, close this case, and mail a copy of this order to the personal representative of plaintiff's estate and next of kin, Kenneth Angermeier.

    This 29 May 2018.

_____
W. Earl Britt
Senior U.S. District Judge