UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| TRESSA METCALF,<br><br>        Plaintiff<br><br>vs.<br><br>REID METCALF,<br><br>        Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:17-CV-94-BR** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the M&R as its own, and for the reasons stated therein, this case is DISMISSED. The Clerk is DIRECTED to enter judgment, close this case, and mail a copy of this order to the personal representative of plaintiff's estate and next of kin, Kenneth Angermeier.

This Judgment filed and entered on May 29, 2018, and copies to:
Kenneth Angermeier, 235 Eastbury Avenue NE, North Canton, OH 44720 (via U.S. Mail)
Devlin K. Horton (via CM/ECF electronic notification)
Jeffrey H. Blackwell (via CM/ECF electronic notification)

May 29, 2018

Peter A. Moore, Jr.
Clerk of Court

By: *Susan K. Edwards*
Deputy Clerk